IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES M RAPER, JR.  PLAINTIFF
#663449

v.  No. 4:22-cv-257-DPM

THOMAS DEEN, Prosecuting
Attorney, 10th Judicial District  DEFENDANT

JUDGMENT

Raper's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022